**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA AINLEY, individually; PATRICK JACKSON, individually; ANGELA AINLEY and PATRICK JACKSON as joint personal representatives of the Estate KRIS JACKSON; the Estate of KRIS JACKSON,<br><br>      Plaintiffs,<br>  vs.<br><br>CITY OF SOUTH LAKE TAHOE, a municipal corporation; JOSHUA KLINGE, individually and as a police officer for the city of South Lake Tahoe; BRIAN UHLER, individually and in his capacity as the CITY OF SOUTH LAKE TAHOE Chief of Police; and DOES 1 THROUGH 25, inclusive,<br><br>      Defendants | **Case No. 2:16-CV-00049-TLN-CKD**<br><br>[*Hon. Troy L. Nunley*]<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Having reviewed the Parties' Stipulation for Leave for Plaintiffs to file a Second Amended Complaint, and GOOD CAUSE appearing therefore, Plaintiffs are hereby granted leave to file their Second Amended Complaint.

IT IS SO ORDERED.

Dated: May 11, 2017

Troy L. Nunley
United States District Judge