MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff Patrick Jackson

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO (State Bar No. 144074)
TANYA SUKHIJA (State Bar No. 295589)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiff Angela Ainley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA AINLEY, individually and as successor-in-interest for KRIS JACKSON, Deceased; PATRICK JACKSON, individually and as successor-in-interest for KRIS JACKSON, Deceased;<br>       Plaintiffs,<br>  vs.<br><br>CITY OF SOUTH LAKE TAHOE, a public entity; JOSHUA KLINGE, individually and as a police officer for the City of South Lake Tahoe; ELI CLARK, individually and as a police officer for the City of South Lake Tahoe; City of South Lake Tahoe Chief of Police BRIAN UHLER, individually; and DOES 2 THROUGH 10, Jointly and Severally,<br><br>       Defendants | No: 2:16-cv-00049-TLN-CKD<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT DATES** |

The parties respectfully request that the Court modify the case management and trial dates as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| 1. Non-expert discovery | April 30, 2018 | June 29, 2018 |
| 2. Expert reports | June 28, 2018 | August 3, 2018 |

**Good Cause to Continue Pretrial Dates:**

Plaintiffs have deposed the two defendant officers in this matter with Officer Klinge now residing in Oregon. Plaintiffs must still depose the following people: Defendant Chief of Police Brian Uhler, South Lake Tahoe Police Department (SLTPD) Homicide Investigator J. Roberson, SLTPD Sgt. Cheney, El Dorado Sheriff Office Deputy Aguilar, and Tiana Perez, the witness to Kris Jackson's shooting. Defendants still need to depose the two Plaintiffs in addition to at least two additional eyewitnesses (both of whom were transient at the time and have not been readily available). Due to all counsel's conflicting court dates and depositions in other cases, as well as previously scheduled vacations for counsel, the parties must depose the above-mentioned deponents after the current close of fact discovery. The parties have agreed on dates by which to depose all the remaining deponents. All other case management dates would remain the same.

The following represents each party's counsel's case and vacation schedule from May 2017 to the present:

Counsel for Defendants' trial schedule May 2017 through 2018:

```
Peralez v. City of Fresno         May 2017            Dismissed just prior to trial
Hernandez v. City of Salinas      July 2017           Settled shortly before trial
Gonzalez v. City of Lindsay       July 2017           Dismissed shortly before trial
Knox v. City of Fresno            Jan - Oct 2017      Trial & Appeal
Ma v. City of Fresno              Oct 2017            Dismissed day prior to trial
Rodriguez v. City of Fresno       Nov 2017            Trial
Garcia v. City of Fresno          Sept 18, 2018
Garcia v. City of Santa Maria     Nov 5, 2018
Gonzalez v. City of Fresno        Dec 4, 2018
Casillas v. City of Fresno        Feb 26, 2019
Jackson v. City of South Lake Tahoe Mar 2019
```

Counsel for Plaintiff Ainley's trial schedule May 2017 to present:

See Attachment A.

Counsel for Plaintiff Jackson's trial, deposition, and vacation schedule May 2017 to present:

| | | |
|---|---|---|
| May v. San Mateo County | June, 2017 | Trial |
| Perkins v. Oakland | Sept, 2017 | Deps of Plaintiffs and Defendants |
| Neuroth v. Mendocino County | Oct, 2017 | Deps of witnesses |
| Bascos v. Santa Clara County | Nov-Dec, 2017 | Deps of Defendants |
| Slusher v. Napa | Jan-Feb, 2018 | Deps of Defendants |
| Neuroth v. Mendocino County | March, 2018 | Deps of Expert witnesses |
| Martinez v. Pittsburg | April-May, 2018 | Deps of Defendants and witnesses |
| Slusher v. Napa | October, 2018 | Trial |

Counsel for Plaintiff Jackson has also had to respond to a number of motions to dismiss and motions for summary judgment, in the above cases and in other cases. In addition to the workload in other cases, Ms. Sherwin and Mr. Haddad have scheduled vacation April 7-13, 2018 and May 19-31, 2018 after having to cancel previous vacations.

For the forgoing reasons, the parties respectfully request that the Court modify the case management order as requested herein.

Dated: April 11, 2018                             HADDAD & SHERWIN LLP

                                                  By:/s/ Maya Sorensen
                                                  _____

                                                  MAYA SORENSEN
                                                  Attorneys for Plaintiff Jackson


DATED: April 11, 2018                             LAW OFFICES OF DALE K. GALIPO


                                                   /s/ Dale Galipo
                                                  _____
                                                  Dale K. Galipo
                                                  Attorneys for Plaintiff Angela Ainley

DATED: April 11, 2018                             FERGUSON PRAET & SHERMAN


                                                   /s/ Bruce Praet
                                                  _____
                                                  Bruce Praet
                                                  Attorneys for Defendants City of South Lake
                                                  Tahoe and Joshua Klinge

No: 2:16-cv-00049-TLN-CKD: STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT DATES

<u>MODIFIED CASE MANAGEMENT ORDER</u>

Pursuant to the Court's Minute Order and stipulation of the parties, and for good cause, IT IS SO ORDERED.

Dated: April 16, 2018

Troy L. Nunley
United States District Judge