| | |
|---|---|
| 1 | MICHAEL J. HADDAD (State Bar No. 189114) |
| | JULIA SHERWIN (State Bar No. 189268) |
| 2 | MAYA SORENSEN (State Bar No. 250722) |
| | TERESA ALLEN (State Bar No. 264865) |
| 3 | HADDAD & SHERWIN LLP |
| | 505 Seventeenth Street |
| 4 | Oakland, California 94612 |
| 5 | Telephone: (510) 452-5500 |
| | Facsimile: (510) 452-5510 |

Attorneys for Plaintiff Patrick Jackson

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO (State Bar No. 144074)
TANYA SUKHIJA (State Bar No. 295589)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiff Angela Ainley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA AINLEY, individually and as successor-in-interest for KRIS JACKSON, Deceased; PATRICK JACKSON, individually and as successor-in-interest for KRIS JACKSON, Deceased;<br>　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF SOUTH LAKE TAHOE, a public entity; JOSHUA KLINGE, individually and as a police officer for the City of South Lake Tahoe; ELI CLARK, individually and as a police officer for the City of South Lake Tahoe; City of South Lake Tahoe Chief of Police BRIAN UHLER, individually; and DOES 2 THROUGH 10, Jointly and Severally,<br>　　　　Defendants | No: 2:16-cv-00049-TLN-CKD<br><br>**STIPULATION AND ORDER TO MODIFY REBUTTAL EXPERT DISCLOSURE DUE DATE** |

On April 18, 2018, pursuant to stipulation by all parties, this Court modified the non-expert discovery cutoff date as well as the due dates for expert reports. (Doc. 41). The parties inadvertently neglected to request an extension for rebuttal expert reports. Because the Court modified the due date of expert reports, originally due June 28, 2018, to August 3, 2018, the parties respectfully request that the Court modify the due date for rebuttal expert reports as follows:

| **Case Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Rebuttal Expert Reports | July 18, 2018 | August 23, 3018 |

For the forgoing reasons, the parties respectfully request that the Court modify the due date for rebuttal expert reports as requested herein.

Dated: June 15, 2018                             HADDAD & SHERWIN LLP

                                                                By:/s/ Maya Sorensen

                                                                    MAYA SORENSEN
                                                                    Attorneys for Plaintiff Jackson

DATED: June 15, 2018                          LAW OFFICES OF DALE K. GALIPO


                                                                 /s/ Dale Galipo
                                                                Dale K. Galipo
                                                                Attorneys for Plaintiff Angela Ainley

DATED: June 15, 2018                          FERGUSON PRAET & SHERMAN


                                                                  /s/ Bruce Praet
                                                                Bruce Praet
                                                                Attorneys for Defendants City of South Lake Tahoe and Joshua Klinge

MODIFIED REBUTTAL EXPERT REPORT DUE DATE ORDER

Pursuant to the Court's Minute Order and stipulation of the parties, and for good cause, IT IS SO ORDERED.

Dated: June 25, 2018

_____
Troy L. Nunley
United States District Judge