MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff Patrick Jackson

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO (State Bar No. 144074)
TANYA SUKHIJA (State Bar No. 295589)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiff Angela Ainley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA AINLEY, individually and as successor-in-interest for KRIS JACKSON, Deceased; PATRICK JACKSON, individually and as successor-in-interest for KRIS JACKSON, Deceased;<br>　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF SOUTH LAKE TAHOE, a public entity; JOSHUA KLINGE, individually and as a police officer for the City of South Lake Tahoe; ELI CLARK, individually and as a police officer for the City of South Lake Tahoe; City of South Lake Tahoe Chief of Police BRIAN UHLER, individually; and DOES 2 THROUGH 10, Jointly and Severally,<br>　　　　Defendants | No: 2:16-cv-00049-TLN-CKD<br><br>**STIPULATION AND ORDER TO RESET HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

The parties respectfully request that the Court move the hearing on Defendants' motion for summary judgement from the currently set date of November 1, 2018 to November 15, 2018. Counsel for Plaintiff Patrick Jackson will be out of state on November 1, 2018. The parties further stipulate to keeping the current briefing schedule with the response due on or before October 18, 2018 at 4:00 p.m. and the replies due on or before October 25, 2018 at 4:00 p.m.

For the forgoing reasons, the parties respectfully request that the Court move the hearing to November 15, 2018.

Dated: October 4, 2018                        HADDAD & SHERWIN LLP

                                              By:*/s/ Maya Sorensen*

                                                MAYA SORENSEN
                                                Attorneys for Plaintiff Jackson

DATED: October 4, 2018                        LAW OFFICES OF DALE K. GALIPO


                                               */s/ Dale Galipo*
                                              Dale K. Galipo
                                              Attorneys for Plaintiff Angela Ainley

DATED: October 4, 2018                        FERGUSON PRAET & SHERMAN


                                               */s/ Bruce Praet*
                                              Bruce Praet
                                              Attorneys for Defendants City of South Lake Tahoe and Joshua Klinge

## HEARING ON MOTION FOR SUMMARY JUDGEMENT

Pursuant to the Court's Minute Order and stipulation of the parties, and for good cause, the hearing for defendants' motion for summary judgement will be on November 15, 2018 at 2:00 p.m. IT IS SO ORDERED.

Dated: October 10, 2018

_____
Troy L. Nunley
United States District Judge